Waiver of Indictment                                                                                         AO 455

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
Date: 2025.07.09 13:01:33 -04'00'

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIMINAL NO. 25-312 (RAM)

FRANCISCO RAMOS-DOMINGUEZ,
Defendant.

### WAIVER OF INDICTMENT

I, Francisco Ramos-Dominguez, the above-named defendant, who is accused in a Two-Count Information of violating 18 U.S.C. 641 in that I, knowingly and willfully embezzled, stole, and converted to my own use or the use of another, money of the United States, namely, Small Business Administration COVID-19 Economic Injury Disaster Loan payments and COVID-19 Economic Impact Payments under the Cares Act to which I knew I was not entitled, having a value in excess of $1,000.00, that is, approximately $261,800.00.

Being advised of the nature of the charges, the proposed information, and of my rights, hereby waive, in open court, on _____ (date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Before _____
       Judicial Officer

_____
Francisco Ramos-Dominguez
Defendant
Date: 8/Jul/2025

_____
Edgar Sánchez-Mercado, Esq.
Counsel for Defendant
Date: 8/Jul/2025