## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br><br>v.<br><br><br>FRANCISCO RAMOS-DOMINGUEZ,<br>**Defendant.** | **INFORMATION**<br><br>**CRIMINAL NO.** 25-312 (RAM)<br><br>18 U.S.C. § 641<br><br>**TWO COUNTS** |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date:
2025.07.09
13:02:00 -04'00'

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>

**Theft of Government Property**
**(18 U.S.C. § 641)**

From on or about July 17, 2020, through on or about July 21, 2020, in the District of Puerto Rico, the defendant,

**FRANCISCO RAMOS-DOMINGUEZ,**

knowingly and willfully embezzled, stole, and converted to his own use or the use of another, money of the United States, namely Small Business Administration COVID-19 Economic Injury Disaster Loan payments to which he knew he was not entitled, having a value over the amount of $1,000.00, that is, approximately $150,000.00. In violation of 18 U.S.C. § 641.

*United States v. Francisco Ramos-Dominguez*
*Information*

## COUNT TWO

### Theft of Government Property
### (18 U.S.C. § 641)

Between on or about May 1. 2021, through on or about February 28, 2022, in the District of Puerto Rico, the defendant,

### FRANCISCO RAMOS-DOMINGUEZ,



knowingly and willfully embezzled, stole, and converted to her *his* own use or the use of another, money of the United States, namely COVID-19 Economic Impact Payments under the Cares Act to which he knew he was not entitled, having a value over the amount of $1,000.00, that is, approximately $111,800.00. In violation of 18 U.S.C. § 641.

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of 18 U.S.C. § 641, charged in Counts One and Two of this Information, the defendant, **FRANCISCO RAMOS-DOMINGUEZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to approximately $261,800.00 in United States currency.

If any of the property described in paragraph 1 hereof as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of this Court;

2

*United States v. Francisco Ramos-Dominguez*
*Information*

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating

21 U.S.C. § 853(p), to seek forfeiture of substitute property. All pursuant to 18 U.S.C.

§ 981 and 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
United States Attorney

Seth A. Erbe
Assistant United States Attorney
Chief Financial Fraud and Public Corruption
Unit

Vanessa D. Bonano-Rodríguez
Special Assistant United States Attorney

R. Vance Eaton
Assistant United States Attorney

3